

# Fourth Court of Appeals
## San Antonio, Texas

October 30, 2015

No. 04-15-00047-CR

Vicente **SALDANA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 12-09-0169-CRA
Honorable Stella Saxon, Judge Presiding

# O R D E R

Appellant's brief was originally due July 20, 2015; however, the court has granted extensions of time to file the brief. On September 8, we ordered appellant's retained attorney, Samuel C. Beale, to file the appellant's brief by October 18, 2015. Our order advised that the court would not grant any further extensions absent a motion that demonstrated extraordinary circumstances justifying the delay. Our order also advised Beale that if the brief or a conforming motion was not filed by the date ordered, the appeal would be abated and remanded to the trial court for a hearing to determine whether appellant or counsel has abandoned the appeal. Appellant's brief has not been filed. However, on October 29, counsel filed a motion requesting an additional five days — until November 3, 2015 — to file the brief.

Counsel's motion states the delay was due in part to his misplacing the appellate record and having difficulty obtaining another copy. The motion also reveals that counsel mistakenly believed the brief was not due until October 29.

We grant the motion and **order** Samuel C. Beale to electronically file appellant's brief by **November 3, 2015**.

**No further extensions of time will be granted.** If appellant's brief is not filed by the date ordered, this appeal may be abated for an abandonment hearing and counsel may be ordered to appear and show cause why he should not be held in contempt for failing to comply with this court's order to file appellant's brief.

_____
Luz Elena D. Chapa, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of October, 2015.

_____
Keith E. Hottle
Clerk of Court